```
                IN THE UNITED STATES DISTRICT COURT
                    MIDDLE DISTRICT OF GEORGIA
                        COLUMBUS DIVISION


WESLEY JOHNSON,                      *

        Plaintiff,                   *

vs.                                  *
                                            CASE NO. 4:08-CV-172 (CDL)
RALPH JOHNSON, Sheriff, et al.,      *

        Defendants.                  *
```

### ORDER ON RECOMMENDATION OF DISMISSAL BY UNITED STATES MAGISTRATE JUDGE

After a *de novo* review of the record in this case, the Report and Recommendation filed by the United States Magistrate Judge on February 3, 2009 is hereby approved, adopted, and made the Order of the Court.

IT IS SO ORDERED, this 13th day of March, 2009.


                                    S/Clay D. Land
                                         CLAY D. LAND
                                    UNITED STATES DISTRICT JUDGE